IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 4:15-CR-0083 |
| | : | |
| v. | : | (Judge Brann) |
| | : | |
| ALAN J. FASSETT, | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 5th day of November, 2015, IT IS HEREBY ORDERED THAT:

1) Defendant Alan J. Fassett's Motion to Dismiss the Indictment Due to Misconduct Occurring Before the Grand Jury is DENIED.  September 14, 2015, ECF No. 32

2) Defendant Alan J. Fassett's Motion to Dismiss under [Federal] Rule [of Criminal Procedure] 48 is DENIED.  September 14, 2015, ECF No. 34.

3) Defendant Alan J. Fassett's Motion to Dismiss Superseding Indictment for Vindictive Prosecution is DENIED.  October 9, 2015, ECF No. 57.

BY THE COURT:

s/Matthew W. Brann
Matthew W. Brann
United States District Judge