IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 4:15-CR-0083 |
| v. | : | (Judge Brann) |
| ALAN J. FASSETT, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 17th day of November, 2015, **IT IS ORDERED THAT** the Government's Motion to Disqualify Attorney Arthur Agnellino is GRANTED. ECF No. 49.  **IT IS FURTHER ORDERED** that the appearance of Arthur D. Agnellino, Esquire, on behalf of Defendant Alan J. Fassett, is withdrawn.

BY THE COURT:

s/Matthew W. Brann
Matthew W. Brann
United States District Judge